IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **GEORGE J. KLAYBOURNE**,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**HUNTSINC.COM**<br>*a Washington Corporation*, et al.,<br><br>　　　　　　　　　　Defendants. | **REPORT AND RECOMMENDATION AND REQUEST FOR REASSIGNMENT**<br><br>Case No. 2:07-cv-00772-DN<br><br>Magistrate Judge David Nuffer |

　　　　This case was assigned to the magistrate judge in October 2007.[1]  Service was made in October and November 2007.[2]  No answers have been filed, so the case is not progressing.  The magistrate judge issued an Order to Show Cause May 6, 2008 which stated:

> 　　　　Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed with prejudice for failure to prosecute. The file indicates no activity since November 27, 2007.
> 　　　　Plaintiff is directed to respond in writing within 20 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.[3]

　　　　No response has been made.  Consent to assignment to a magistrate judge has not been completed.[4]

---

[1] Docket no. 1.

[2] Docket nos. 5, 6, 7 and 8.

[3] Docket no. 9, filed May 7, 2008.

[4] Docket no. 3, filed October 18, 2007.

**REQUEST FOR REASSIGNMENT**

The magistrate judge requests that the case be reassigned to a district judge.

**REPORT AND RECOMMENDATION**

The magistrate judge recommends the case be dismissed for failure to prosecute and failure to respond to the order to show cause.

**NOTICE TO PARTIES**

Within 10 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy.

Dated this 2nd day of June, 2008.

                BY THE COURT

                _____
                Magistrate Judge David Nuffer