IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GEORGE J. KLAYBOURNE,<br><br>  Plaintiff,<br><br>vs.<br><br>HUNTSINC.COM, et al.,<br><br>  Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:07-CV-772 TS |

This matter comes before the Court for consideration of the Magistrate Judge's June 6, 2008, Report and Recommendation.[1] Pursuant to 28 U.S.C. § 636(b), Plaintiff had ten days to file an objection. No objection was filed.

Plaintiff filed a complaint on October 11, 2007. This case was referred to Magistrate Judge David Nuffer, pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge issued an Order to Show Cause[2] on May 6, 2008, to which no response was filed. The magistrate judge issued a Report and Recommendation, requesting that the case be reassigned to a district judge and recommending that the case be dismissed for failure to prosecute.

The Court has considered Plaintiff's Complaint and Magistrate Judge Nuffer's Report

---

[1] Docket No. 6.

[2] Docket No. 9.

1

and Recommendation.  It is therefore

ORDERED that the Magistrate Judge's June 6, 2008 Report and Recommendation (Docket No. 10) is ADOPTED IN FULL and Plaintiff's Complaint is dismissed.  The Clerk of the Court is directed to close this case forthwith.

DATED   August 4, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge